In the Matter of the Estate of VINCENT GRECO, an Incompetent Person. ABRAHAM J. ROSENBLUM, as Substituted Committee of the Person and Estate of VINCENT GRECO, Appellant; FELIX GRECO, Respondent.— Order unanimously modified by eliminating the counsel fee and reducing the allowance for funeral expenses to $250, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of BOROUGH HOUSING CORP., Respondent, against ALMERINDO PORTFOLIO, City Treasurer, Appellant, Directing the Said City Treasurer to Pay Borough Housing Corp. the Sum of $131.29 Interest.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of FREYDBERG BROS., INC., Appellant, against LEWIS COREY, Respondent, for a Stay of Arbitration of Certain Differences between Lewis Corey and Freydberg Bros., Inc.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [177 Misc. 560.]

In the Matter of the Application of ALBERT H. TANNENBAUM, Respondent, for an Order until Article 78 of the Civil Practice Act against JOHN E. CONNELLY and Others, Individually and as Commissioners of the New York State Insurance Fund, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of BATES CHEVROLET CORP. with Respect to the Arbitration Requested by the ASSOCIATION OF MOTOR VEHICLE SALESMEN OF GREATER NEW YORK AND VICINITY. BATES CHEVROLET CORP., Appellant; ASSOCIATION OF MOTOR VEHICLE SALESMEN OF GREATER NEW YORK AND VICINITY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MACK SCHOENGOLD, Suing on His Own Behalf and on Behalf of All Other Stockholders of WARD BAKING COMPANY (a New York Corporation), Similarly Situated Who May Come in and Contribute to the Expenses of This Action, Appellant, v. JOHN M. BARBER and Others, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. Verified bill of particulars, as modified, to be served within five days after service of a copy of order with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of KRAMER & UCHITELLE, INC., Petitioner, Respondent, for an Order Pursuant to Section 1458 of the Civil Practice Act for a Stay of an Arbitration Proceeding Instituted by EDDINGTON FABRICS CORPORATION, Appellant, and for an Immediate Trial of the Issues. In the Matter of the Application of KRAMER & UCHITELLE, INC., Petitioner, Respondent, for an Order, etc., Instituted by M. LOWENSTEIN & SONS, INC., Appellant, and for an Immediate Trial, etc. In the Matter of the Application of KRAMER & UCHITELLE, INC., Petitioner, Respondent, for an Order, etc., Instituted by CLASSIC MILLS, INC., Appellant, and for an Immediate Trial, etc.— Orders appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.